# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NATHAN WILLARD,<br><br>    Plaintiff;<br><br>    v.<br><br>ONEMAIN FINANCIAL GROUP, LLC;<br><br>    Defendant. | Case No.: 5:16-cv-01635-CAS(SPx)<br><br>[~~Proposed~~] ORDER DISMISSING CASE WITH PREJUDICE |

Pursuant to the stipulation submitted by Plaintiff, NATHAN WILLARD, and Defendant, ONEMAIN FINANCIAL GROUP, LLC, the present matter is hereby DISMISSED WITH PREJUDICE.

Date: February 15, 2017

*/s/ Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge